UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

STEPHEN HARDEY and ERIN       NO. CIV.S-10-1384 FCD KJM
HARDEY,

        Plaintiffs,

     v.                          <u>ORDER AND ORDER TO SHOW CAUSE</u>
                              <u>RE SANCTIONS</u>

AMERICAN HOME MORTGAGE,
et. al.,

        Defendants.

----oo0oo----

    1.    The hearing on Defendants Guild Mortgage Company and
Guild Administration Corporation's Motion to Dismiss (Docket #4)
is continued to August 20, 2010, at 10:00 a.m.  Plaintiffs shall
file and serve their opposition brief or notice of non-opposition
no later than August 6, 2010.  The defendants may file and serve
a reply on or before August 13, 2010.

    2.    Plaintiffs' counsel is ordered to show cause why he
should not each be sanctioned in the amount of $150.00 for
failing to file an opposition or notice of non-opposition to
defendants' motion in compliance with Local Rule 230(c).

1     3.    Plaintiffs' counsel shall file his response to the

2 order to show cause on or before August 6, 2010.

3     4.    A hearing on the order to show cause, if necessary,

4 will follow the hearing on the motion.

5     IT IS SO ORDERED.

6 DATED: July 12, 2010

7

8                                           FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2